# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dion Humphrey, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>    Defendants. | No. CV-20-02350-PHX-SMB (CDB)<br>No. CV21-00150-PHX-SMB (CDB)<br>No. CV 21-00331-PHX-SMB (CDB)<br><br>**ORDER** |

Pursuant to the parties' Joint Stipulation to Consolidate (Doc. 15) and good cause appearing,

**IT IS ORDERED** granting the Joint Stipulation and consolidating Case Number CV20-02350-PHX-SMB (CDB) and Case Number CV21-00150-PHX-SMB (CDB) and Case Number CV21-00331-PHX-SMB (CDB).

**IT IS FURTHER ORDERED** that these cases shall be consolidated under Case No. CV-02350-PHX-SMB (CDB) for all further purposes, including trial.

Dated this 7th day of June, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge